| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)0d** **Robertson, Anschutz, Schneid, Crane & Partners, PLLC** 130 Clinton Road, Suite 202 Fairfield, NJ 07004 Telephone Number 973-575-0707 Attorneys For Secured Creditor Nathalie C Rodriguez, Esq. (435332023) | **CASE NO.: 24-16935-TBA** **CHAPTER 13** **Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:** **Misun Yi,** **aka Mi S Yi,** **Debtor.** | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S FOURTH MODIFIED CHAPTER 13 PLAN

U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Fourth Modified Chapter 13 Plan (DE # 130), and states as follows:

1. Debtor, Misun Yi ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on July 11, 2024.

2. On February 13, 2026, the Debtor filed a modified Chapter 13 Plan at Doc No. 130, that is the subject of this objection.

3. Secured Creditor holds a security interest in the Debtor's real property located at 341 East Columbia Avenue #B, Palisades Park, NJ 07650, by virtue of a Mortgage recorded on August 18, 2005, in Book 14683 at Page 354 of the Public Records of Bergen County, NJ. Said Mortgage secures a Note in the amount of $460,000.00.

4. The Modified Plan does not account for post-petition arrears and is only paying adequate protection payments, as opposed to the full contractual amount.

5. Secured Creditor objects to any Plan which does not account for the payment of the post-petition arrears through the Chapter 13 Plan, as well as the contractual monthly payments, or in the alternative a Plan that proposes to sell the subject property within six (6) months.

6. Based on Debtor's Schedules, the Modified Plan does not appear feasible due to the representation that sufficient disposable income is not available to support the proposed Plan payments.  Thus, the plan violates the provisions of 11 U.S.C. § 1325(a)(6) and cannot be confirmed.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Dated: 3/3/2026

> Robertson, Anschutz, Schneid, Crane & Partners, PLLC
> Attorney for Secured Creditor
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
>
> By: */s/ Nathalie C Rodriguez*
> Nathalie C Rodriguez, Esquire
> NJ Bar Number  435332023
> Email: nrodriguez@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)0d<br>**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Nathalie C Rodriguez, Esq. (435332023) | **CASE NO.: 24-16935-TBA**<br><br>**CHAPTER 13**<br><br><br>**Objection to Confirmation of Debtor's Chapter 13 Plan** |
| **In Re:**<br><br>**Misun Yi,**<br>**aka Mi S Yi,**<br><br>    **Debtor.** | |

## CERTIFICATION OF SERVICE

1. I, Maria Jaramillo, am the secretary/paralegal for Robertson, Anschutz, Schneid, Crane & Partners, PLLC, who represents the U.S. Bank National Association, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX7 in the above-captioned matter.

2. On March 3, 2026, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date : 3/3/2026

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202, Lobby B
Fairfield, NJ 07004
Telephone: 973-575-0707
By: /s/Maria Jaramillo
Email: mjaramillo@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Dong Sung Kim<br>Kim, Choi & Kim, P.C.<br>460 Bergen Blvd.<br>Suite 206<br>Palisades Park, NJ 07650 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Misun Yi<br>341 East Columbia Avenue, #B<br>Palisades Park, NJ 07650 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004-1550 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |