UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Firm of Kim Choi & Kim, PC
By: Dong Sung Kim, Esq.
460 Bergen Blvd., Suite 206
Palisades Park, NJ 07650
Tel: (201) 363-0010
Fax: (201) 363-0018
kimchoikim@gmail.com

| | |
|---|---|
| In Re:<br><br>Misun Yi | Case No.: ___24-16935___<br><br>Chapter: _____13_____<br><br>Hearing Date: __March 4, 2026__<br><br>Judge: _____TBD_____ |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled        ☒ Withdrawn

Matter: debtor's application to extend the loss mitigation period (Dkt # 128)

Date: March 4, 2026

/S/ Dong Sung Kim
Signature

*rev.8/1/15*