Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–16935–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Misun Yi
aka Mi S Yi
341 East Columbia Avenue, #B
Palisades Park, NJ 07650

Social Security No.:
xxx–xx–6908

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/15/26 at 10:00 AM

to consider and act upon the following:

*67* – Notice of Hearing for: Debtor's Objection to Trustee's Certification of Default. (related document:62 Certification of Default of Standing Trustee filed by Trustee Marie–Ann Greenberg, 65 Objection filed by Dong Sung Kim on behalf of Debtor Misun Yi). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 5/21/2025 at 10:00 AM, RG – Courtroom 3E, Newark.. (rah)

Dated: 3/20/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court