Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–16935–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Misun Yi
   aka Mi S Yi
   341 East Columbia Avenue, #B
   Palisades Park, NJ 07650

Social Security No.:
   xxx–xx–6908

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/26 at 10:00 AM

to consider and act upon the following:

*146* – Application For Retention of Professional Coldwell Banker Realty as Realtor Filed by Dong Sung Kim on behalf of Misun Yi. Objection deadline is 4/16/2026. (Attachments: # 1 Certification Certification of realtor # 2 Certificate of Service # 3 Proposed Order) (Kim, Dong)

*147* – Limited Objection to Application for Retention of Professional (related document:146 Application For Retention of Professional Coldwell Banker Realty as Realtor Filed by Dong Sung Kim on behalf of Misun Yi. Objection deadline is 4/16/2026. (Attachments: # 1 Certification Certification of realtor # 2 Certificate of Service # 3 Proposed Order) filed by Debtor Misun Yi) filed by Marie–Ann Greenberg on behalf of Marie–Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie–Ann)

Dated: 4/11/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court