Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24–16935–MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Misun Yi
   aka Mi S Yi
   341 East Columbia Avenue, #B
   Palisades Park, NJ 07650

Social Security No.:
   xxx–xx–6908

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/6/26 at 10:00 AM

to consider and act upon the following:

*53* – Motion for Relief from Stay re: 341 E Columbia Ave #B, Palisades Park, New Jersey 07650. Fee Amount $ 199. Filed by Nathalie Rodriguez on behalf of U.S. Bank Trust National Association. Hearing scheduled for 2/5/2025 at 10:00 AM at RG – Courtroom 3E, Newark. (Attachments: # 1 Certification In Support of Motion # 2 Proposed Order # 3 Statement as to Why No Brief is Necessary # 4 Certificate of Service # 5 Exhibit) (Rodriguez, Nathalie)

Dated: 4/15/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court