UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C. Rodriguez, Esq. (435332023)

**In Re:**

**Misun Yi,**

      **Debtor.**

Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    24-16935-MEH

Chapter:    13

Hearing:    May 6, 2026

Judge:    Mark E Hall

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR

## RELIEF FROM THE AUTOMATIC STAY

     The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: May 6, 2026**

_____
**Honorable Mark E. Hall**
**United States Bankruptcy Judge**

**Page 2**

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 341 East Columbia Avenue, #B, Palisades Park, NJ 07650 (the "Subject Property"), and Dong Sung Kim, Esquire representing Misun Yi ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1.        Status of post-petition arrearages:

■ The Debtor is overdue for 09 month(s) from- August 1, 2025  through April 1, 2026, at $3,227.89 per month.

> Funds Held In Suspense ($2,634.38)
>
> Total Arrearages Due **$26,416.63**

2.     Debtor must cure all post-petition arrears, as follows:

■ Beginning on 05/01/2026, the debtor shall pay regular monthly mortgage payments , in the amount of $3,227.89, or such other amount as may be required by a Fed. R. Bnkr. P. 3002.1 notice.

■ The post-petition arrears of **$26,416.63**  shall be cured through the proceeds of the sale of the subject property. The Debtor shall sell the property by July 31, 2026. If the property is not sold by said date, Secured Creditor shall file a Certificate of Default with the Court.

3.  Payments to the Secured Creditor shall be made to the following address(es):

■ Regular monthly payment:  Selene Finance, LP
                                          Attn: BK Dept
                                          3501 Olympus Boulevard
                                          Dallas, Texas 75019

4.  In the event of Default:

■ If regular monthly mortgage payment set forth herein or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and if not cured or objected within ten (10) days from service of the Certification, the court may enter an Order

granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court may enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This Order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and if not cured or objected within ten (10) days from service of the Certification-, the court may enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $525.00 and costs of $199.00.

■ To be paid through the Chapter 13 Plan.