UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Firm of Kim Choi & Kim, PC
By: Dong Sung Kim, Esq.
460 Bergen Blvd., Suite 206
Palisades Park, NJ 07650
Tel: 201-363-0010
Fax: 201-363-0018
kimchoikim@gmail.com
Counsels for the debtor

Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Misun Yi

Case No.: _____24-16935_____

Chapter: _____13_____

Judge: _____Hon. Mark E. Hall_____

## ORDER AUTHORIZING RETENTION OF

## REALTOR, COLDWELL BANKER REALTY

The relief set forth on the following page is **ORDERED**.

**DATED: May 6, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Coldwell Banker Realty_____

as _____Realtor_____, it is hereby ORDERED:

1.    The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    341B East Columbia Ave.,

Palisades Park, NJ 07650

2.    Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.    If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.    The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*