UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
Attorneys for Secured Creditor

Nathalie C. Rodriguez, Esq. (435332023)

**In Re:**

**Misun Yi,**

    **Debtor.**

Order Filed on May 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    24-16935-MEH

Chapter:    13

Hearing:    May 6, 2026

Judge:    Mark E Hall

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR

## RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: May 6, 2026**

_____

Honorable Mark E. Hall
United States Bankruptcy Judge

**Page 2**

THIS MATTER having come before the Court on the Creditor's Motion for Relief from the Automatic Stay U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor") by and through its counsel, Robertson, Anschutz, Schneid, Crane & Partners, PLLC, as to the real property commonly known as 341 East Columbia Avenue, #B, Palisades Park, NJ 07650 (the "Subject Property"), and Dong Sung Kim, Esquire representing Misun Yi ("Debtor(s)"), and for good cause it is ORDERED that Secured Creditor's Motion for Relief from the Automatic Stay is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ■ The Debtor is overdue for 09 month(s) from- August  1, 2025  through April 1, 2026, at $3,227.89 per month.

   Funds Held In Suspense ($2,634.38)

   Total Arrearages Due **$26,416.63**

2. Debtor must cure all post-petition arrears, as follows:

   ■ Beginning on 05/01/2026, the debtor shall pay regular monthly mortgage payments , in the amount of $3,227.89, or such other amount as may be required by a Fed. R. Bnkr. P. 3002.1 notice.

   ■ The post-petition arrears of **$26,416.63**  shall be cured through the proceeds of the sale of the subject property. The Debtor shall sell the property by July 31, 2026. If the property is not sold by said date, Secured Creditor shall file a Certificate of Default with the Court.

3. Payments to the Secured Creditor shall be made to the following address(es):

   ■ Regular monthly payment: Selene Finance, LP
   Attn: BK Dept
   3501 Olympus Boulevard
   Dallas, Texas 75019

4. In the event of Default:

   ■ If regular monthly mortgage payment set forth herein or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and if not cured or objected within ten (10) days from service of the Certification, the court may enter an Order

granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court may enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

■ This Order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and if not cured or objected within ten (10) days from service of the Certification-, the court may enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5. Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of <u>$525.00</u> and costs of <u>$199.00.</u>

■ To be paid through the Chapter 13 Plan.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 24-16935-MEH

Misun Yi                                                                            Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +  Misun Yi, 341 East Columbia Avenue, #B, Palisades Park, NJ 07650-1903

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2026 at the address(es) listed below:**

**Name                    Email Address**

Dong Sung Kim
     on behalf of Debtor Misun Yi kimchoikim@gmail.com

Marie-Ann Greenberg
     magecf@magtrustee.com

Matthew K. Fissel
     on behalf of Creditor Gulf Harbour Investments Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Nathalie Rodriguez
     on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com

Nathalie Rodriguez
     on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Nathalie Rodriguez
     on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION nrodriguez@raslg.com  NJbkyecf@flwlaw.com

District/off: 0312-2                         User: admin                                  Page 2 of 2
Date Rcvd: May 06, 2026                     Form ID: pdf903                          Total Noticed: 1

Sherri R. Dicks
                    on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@hotmail.com

Steven Eisenberg
                    on behalf of Creditor Transam Holdings  LLC bkecf@sterneisenberg.com,
                    jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                    on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                    mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10