Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−16935−MEH
Chapter:  13
Judge:  Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Misun Yi
   aka Mi S Yi
   341 East Columbia Avenue, #B
   Palisades Park, NJ 07650

Social Security No.:
   xxx−xx−6908

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 7, 2026.

Dated: May 7, 2026
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 24-16935-MEH

Misun Yi                                                                            Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                    Page 1 of 3

Date Rcvd: May 07, 2026                       Form ID: plncf13                               Total Noticed: 20

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Misun Yi, 341 East Columbia Avenue, #B, Palisades Park, NJ 07650-1903 |
| r | + | Coldwell Banker Realty, 341 B East Columbia Ave., Palisades Park, NJ 07650-4909 |
| cr | + | Transam Holdings, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520373699 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 520328085 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, PNC Bank, Elan Financial Services, PO Box 790408, Saint Louis, MO 63179 |

TOTAL: 5


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2026 21:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2026 21:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bk@szjlaw.com | May 07 2026 21:35:00 | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Rd., Roseville, MN 55113-1100 |
| cr | + | Email/Text: RASEBN@raslg.com | May 07 2026 21:34:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520328084 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 07 2026 21:37:54 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 520365530 | + | Email/PDF: ebn_ais@aisinfo.com | May 07 2026 21:37:31 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520397542 | | Email/Text: mtgbk@shellpointmtg.com | May 07 2026 21:35:00 | Gulf Harbour Investments Corporation, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |
| 520328088 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 07 2026 21:35:00 | SLS, PO Box 636005, Littleton, CO 80163-6005 |
| 520328086 | + | Email/Text: enotifications@santanderconsumerusa.com | May 07 2026 21:36:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 520354288 | + | Email/Text: enotifications@santanderconsumerusa.com | May 07 2026 21:36:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520328087 | + | Email/Text: bkteam@selenefinance.com | May 07 2026 21:35:00 | Selene, PO Box 8619, Philadelphia, PA 19101-8619 |
| 520394650 | + | Email/Text: bkteam@selenefinance.com | May 07 2026 21:35:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 520373699 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

| | | | |
|---|---|---|---|
| | | May 07 2026 21:36:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 520339262 | + Email/Text: RASEBN@raslg.com | | |
| | | May 07 2026 21:34:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520338592 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | May 07 2026 21:35:00 | U.S. Small Business Administration (SBA), c/o Sharmian L. White, CESC Legal Servicing - Bankruptcy, 14925 Kingsport Rd., Ft. Worth, TX 76155-2243 |
| 520328089 | + Email/Text: bankruptcynotices@sba.gov | | |
| | | May 07 2026 21:35:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Aldridge Pite, LLP |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dong Sung Kim | on behalf of Debtor Misun Yi kimchoikim@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Gulf Harbour Investments Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| Sherri R. Dicks | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@hotmail.com |

District/off: 0312-2                                    User: admin                                              Page 3 of 3

Date Rcvd: May 07, 2026                          Form ID: plncf13                                  Total Noticed: 20

Steven Eisenberg

on behalf of Creditor Transam Holdings  LLC bkecf@sterneisenberg.com,
jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 10