**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MISUN YI

**Case No.:  24-16935**

**Adv. No.:**

**Hearing Date:  09/02/2026**

**Judge:  MEH**

## CERTIFICATION OF SERVICE

1.  I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 07/23/2026, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
MISUN YI
341 EAST COLUMBIA AVENUE, #B
PALISADES PARK, NJ  07650
Mode of Service:  Regular Mail

Attorney for Debtor(s):
DONG SUNG KIM
KIM, CHOI & KIM, P.C.
460 BERGEN BLVD.
SUITE 206
PALISADES PARK, NJ  07650
Mode of Service:  ECF and/or Regular Mail

Dated:  July 23, 2026

By:  /S/  Sheila Alvarado
Sheila Alvarado