Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 24−16935−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Misun Yi
aka Mi S Yi
341 East Columbia Avenue, #B
Palisades Park, NJ 07650

Social Security No.:
xxx−xx−6908

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/3/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 3, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 24-16935-MEH

Misun Yi Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3

Date Rcvd: Sep 03, 2026 Form ID: 148 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Misun Yi, 341 East Columbia Avenue, #B, Palisades Park, NJ 07650-1903 |
| r | + | Coldwell Banker Realty, 341 B East Columbia Ave., Palisades Park, NJ 07650-4909 |
| cr | + | Transam Holdings, LLC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520328085 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, PNC Bank, Elan Financial Services, PO Box 790408, Saint Louis, MO 63179 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 03 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 03 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: bk@szjlaw.com | Sep 03 2026 21:46:00 | Santander Consumer USA Inc., c/o Stewart, Zlimen & Jungers, Ltd., 2860 Patton Rd., Roseville, MN 55113-1100 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 03 2026 21:46:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520328084 | + | EDI: CAPITALONE.COM | Sep 04 2026 01:17:00 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 520365530 | + | EDI: AIS.COM | Sep 04 2026 01:17:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520397542 | | Email/Text: mtgbk@shellpointmtg.com | Sep 03 2026 21:46:00 | Gulf Harbour Investments Corporation, c/o NewRez LLC d/b/a Shellpoint Mortgage, P.O. Box 10826, Greenville SC 29603-0826 |
| 520328088 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 03 2026 21:47:00 | SLS, PO Box 636005, Littleton, CO 80163-6005 |
| 520328086 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 03 2026 21:48:00 | Santander Consumer USA, PO Box 660633, Dallas, TX 75266-0633 |
| 520354288 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 03 2026 21:48:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 520328087 | + | Email/Text: bkteam@selenefinance.com | Sep 03 2026 21:47:00 | Selene, PO Box 8619, Philadelphia, PA 19101-8619 |
| 520394650 | + | Email/Text: bkteam@selenefinance.com | Sep 03 2026 21:47:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 520373699 | | EDI: USBANKARS.COM | Sep 04 2026 01:17:00 | U.S. Bank NA dba Elan Financial Services, |

| | | | |
|---|---|---|---|
| | | | Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 520339262 | + Email/Text: RASEBN@raslg.com | Sep 03 2026 21:46:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520338592 | + Email/Text: bankruptcynotices@sba.gov | Sep 03 2026 21:47:00 | U.S. Small Business Administration (SBA), c/o Sharmian L. White, CESC Legal Servicing - Bankruptcy, 14925 Kingsport Rd., Ft. Worth, TX 76155-2243 |
| 520328089 | + Email/Text: bankruptcynotices@sba.gov | Sep 03 2026 21:47:00 | US Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Aldridge Pite, LLP |
| cr | *+ | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dong Sung Kim | on behalf of Debtor Misun Yi kimchoikim@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Gulf Harbour Investments Corporation bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For RCF2 Acquisition Trust nrodriguez@raslg.com, NJbkyecf@flwlaw.com |
| Nathalie Rodriguez | on behalf of Creditor U.S. Bank Trust National Association nrodriguez@raslg.com NJbkyecf@flwlaw.com |
| Sherri R. Dicks | on behalf of Creditor U.S. Bank Trust National Association shrdlaw@outlook.com shrdlaw@hotmail.com |

| | |
|---|---|
| Steven Eisenberg | on behalf of Creditor Transam Holdings LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 10